# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 23-1870

———————————————

United States of America,

*Plaintiff - Appellee*,

v.

Rahmaan Manzar El Herman,

*Defendant - Appellant.*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Western

——————————

Submitted: August 29, 2023
Filed: August 31, 2023
[Unpublished]

——————————

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

——————————

PER CURIAM.

Rahmaan El Herman appeals after the district court[1] revoked his supervised release and sentenced him, below the advisory sentencing guideline range, to 12

———————————————

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.

months and a day in prison, followed by 1 year of supervised release. His counsel has moved for leave to withdraw and filed a brief challenging the revocation sentence.

Upon careful review, we conclude that the district court did not abuse its discretion in sentencing El Herman below the guideline range. There is no indication that the court gave significant weight to an improper or irrelevant factor or committed clear error of judgment in weighing the relevant factors. *See United States v. Miller*, 557 F.3d 910, 915-18 (8th Cir. 2009); *United States v. Larison*, 432 F.3d 921, 922-24 (8th Cir. 2006); *see also United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir. 2009). The revocation sentence was below the statutory maximum. *See* 18 U.S.C. § 3583(e)(3), (h).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____